## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

LARRY L. BLAND # 905797,
    Petitioner,

vs.                                           Case No.:  3:09cv174/MCR/EMT

STATE OF FLORIDA, et al.,
    Respondents.
_____/

### O R D E R

This cause comes on for consideration upon the magistrate judge's report and recommendation dated May 27, 2009.  (Doc. 14).  Petitioner has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a _de novo_ determination of any timely filed objections.

Having considered the report and recommendation, and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. Petitioner's habeas petition (doc. 1) is **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction.

3. All pending motions are **DENIED as moot**.

**DONE AND ORDERED** this 10th day of June, 2009.

                                        _s/ M. Casey Rodgers_
                                        **M. CASEY RODGERS**
                                        **UNITED STATES DISTRICT JUDGE**